AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 04-00271HG-01 |
| JOSLYN G. GARCIA | |
| (Name and Address of Defendant) | |

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST JOSLYN G. GARCIA and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

Order to Show Cause why supervision should not be revoked.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 26 2006

at 1 o'clock and 05 min P M
SUE BEITIA, CLERK

RECEIVED 2006 JUL 25 AM 9:22 U.S. MARSHALS MONOLULU, HI

in violation of Title   United States Code, Section(s).

| | |
|---|---|
| Sue Beitia | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *[signature]* | JULY 24, 2006 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at No Bail warrant        By: Helen Gillmor, Chief United States District Judge

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received 7/24/06 | NAME AND TITLE OF ARRESTING OFFICER Tony Cole | SIGNATURE OF ARRESTING OFFICER Tony Cole |
|---|---|---|
| Date of Arrest 7/24/06 | DUSM | |